ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

FILED

**Jun 11, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   2:26-cr-00097 DAD |
| Plaintiff, | 18 U.S.C. § 32(a)(2) & (a)(8) – Attempt to Place a Destructive Device or Substance in, upon, or in Proximity to an Aircraft; 18 U.S.C. § 844(g) – Unlawful Possession of Explosive Material in an Airport; 49 U.S.C. § 46505(b)(1) & (b)(3) – Attempt to Carry a Dangerous Weapon or Explosive on an Aircraft; 18 U.S.C. §§ 844(c), 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| KIMANI OSAYANDE JONES, aka Kimani Osayande Jackson, | |
| Defendant. | |

INDICTMENT

COUNT ONE: [18 U.S.C. § 32(a)(2) & (a)(8) – Attempt to Place a Destructive Device or Substance in, upon, or in Proximity to an Aircraft]

The Grand Jury charges: T H A T

KIMANI OSAYANDE JONES,
aka Kimani Osayande Jackson,

defendant herein, on or about May 30, 2026, in the State and Eastern District of California, and elsewhere, did knowingly and willfully attempt to place and cause to be placed a destructive device and substance in, upon, and in proximity to American Airlines Flight 2464, which was a civil aircraft used, operated, and employed in interstate commerce, and the act described above was likely to endanger the safety of the aircraft, in violation of Title 18, United States Code, Section 32(a)(2) & (a)(8).

INDICTMENT                                             1

COUNT TWO: [18 U.S.C. § 844(g) – Unlawful Possession of Explosive Material in an Airport]

The Grand Jury further charges: T H A T

KIMANI OSAYANDE JONES,
aka Kimani Osayande Jackson,

defendant herein, on or about May 30, 2026, in the State and Eastern District of California, and elsewhere, knowingly possessed an explosive, to wit: an M-type explosive device, in the Sacramento International Airport, an airport that was subject to the regulatory authority of the Federal Aviation Administration, without the written consent of the agency, department, or other person responsible for the management of said airport, in violation of Title 18, United States Code, Section 844(g).

COUNT THREE: [49 U.S.C. § 46505(b)(1) & (b)(3) –Attempt to Carry a Dangerous Weapon or Explosive on an Aircraft]

The Grand Jury further charges: T H A T

KIMANI OSAYANDE JONES,
aka Kimani Osayande Jackson,

defendant herein, on or about May 30, 2026, in the State and Eastern District of California, and elsewhere, when attempting to get on American Airlines Flight 2464, an aircraft in, and intended for operation in, air transportation and intrastate air transportation, did knowingly have on or about his person or property a concealed dangerous weapon and an explosive and incendiary device that was and would have been accessible to him in flight, that is, an M-type explosive device, a knife and other edged and bladed weapons, and a torch lighter and aerosol can, in violation of Title 49, United States Code, Section 46505(b)(1) & (b)(3).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 844(c), 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.    Upon conviction of one or more of the offenses alleged in Counts One and Three of this Indictment, defendant KIMANI OSAYANDE JONES, aka Kimani Osayande Jones, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including, but not limited to the following:

INDICTMENT

2

a.    A sum of money equal to the total amount of proceeds traceable to such offenses, for which defendant is convicted.

2.    Upon conviction of the offense alleged in Count Two of this Indictment, defendant KIMANI OSAYANDE JONES, aka Kimani Osayande Jones, shall forfeit to the United States pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved, used, or intended to be used in the violations, and pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violations.

3.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

ERIC GRANT
ERIC GRANT
United States Attorney

INDICTMENT                                            3

No. _2:26-cr-00097 DAD_

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

KIMANI OSAYANDE JONES, aka
Kimani Osayande Jackson

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 32(a)(2) & (a)(8) – Attempt to Place a Destructive
Device or Substance in, upon, or in Proximity to an Aircraft;
18 U.S.C. § 844(g) – Unlawful Possession of Explosive Material in an Airport;
49 U.S.C. § 46505(b)(1) & (b)(3) – Attempt to Carry a Dangerous Weapon or Explosive on an Aircraft;
18 U.S.C. §§ 844(c), 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

*Filed in open court this* ____11th____ *day*

*of* ____June____ *, A.D. 20* _26_

**/s/ Jonathan Anderson**
_____
*Clerk.*

*Bail, $* _____

No process needed

_____
U.S. Magistrate Judge

GPO 863 525

2:26-cr-00097 DAD

## United States v. KIMANI OSAYANDE JONES aka KIMANI OSAYANDE JACKSON
### Penalties for Indictment

### COUNT 1:

VIOLATION:         18 U.S.C. § 32(a)(2) & (a)(8) – attempt to place a destructive device or substance in, upon, or in proximity to an aircraft

PENALTIES:         A maximum of up to 20 years imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 2:

VIOLATION:         18 U.S.C. § 844(g) – unlawful possession of explosive material in an airport

PENALTIES:         A maximum of up to 5 years imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 3:

VIOLATION:         49 U.S.C. § 46505(b)(1) & (b)(2) – attempt to carry a dangerous weapon or explosive on an aircraft

PENALTIES:         A maximum of up to 10 years imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATIONS:         18 U.S.C. §§ 844(c), 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:         As stated in the charging document