**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**KIMANI OSAYANDE JONES ,**

Defendant.

CASE NO. **2:26−CR−00097−DAD**

SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **10/5/2026** |
| Judgment and sentencing date: | **1/11/2027 at 9:30 AM** |
| Reply or statement of non-opposition: | **1/4/2027** |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **12/28/2026** |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | **12/21/2026** |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **12/14/2026** |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **11/30/2026** |

Dated: October 5, 2026

By: /s/ P. Buzo
COURTROOM CLERK